**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| RAY SOUTHCOTE,<br>   Plaintiff,<br>  v.<br>PLATINUM MOTORS, et al.,<br>   Defendants. | Case No. SACV 10-1889-JVS (MLGx)<br><br>ORDER TO SHOW CAUSE; ORDER AWARDING ATTORNEY FEES |

  On August 7, 2012, Eddie LaTorre was served with a subpoena to appear before this Court on August 21, 2012, at 10:00 a.m., for a Judgment Debtor Examination. At 8:00 p.m. on the night before the scheduled hearing, LaTorre left counsel for Plaintiff a message stating that he would not appear for the examination. True to his word, LaTorre did not appear as directed.

  Accordingly, IT IS ORDERED that Eddie LaTorre shall personally appear at the Ronald H. Reagan United States Courthouse, 411 W. 4th Street, Santa Ana, California, Courtroom 6A, at 10:00 a.m. on September 18, 2012, and show cause, if any exists, why he should not be found in contempt of this court for failure to comply with the subpoena.  Failure to appear as ordered shall result in the issuance

of a bench warrant for the arrest of Eddie LaTorre.

It is further ORDERED that Eddie LaTorre personally pay the attorney fees associated with counsel for Plaintiff's appearance for the judgment debtor examination. Counsel expended three hours in making the appearance at the rate of $300 per hour. Both the time expended and the hourly rate are reasonable. LaTorre shall remit to counsel for Plaintiff $900.00 on or before September 10, 2012. Failure to comply with this order will result in additional sanctions which may include a finding of contempt.

It is further ORDERED that this Order be served upon Eddie LaTorre by the Clerk of the Court in conformity with this court's local rules for service of orders.

Dated: August 21, 2012

                                                      __MARC L. GOLDMAN__
                                                     Marc L. Goldman
                                                     United States Magistrate Judge

cc:   Eddie LaTorre
       10006 Melvin Ave.
       Northridge, CA 91324
       (Mailed by CRD)