Robert L. Starr, Esq. (SBN 183052)
E-mail: robert@starrlaw.com
Theodore R. Tang, Esq. (SBN 313294)
E-mail: theodore@starrlaw.com
LAW OFFICE OF ROBERT L. STARR APC
23901 Calabasas Road, Suite 2072
Calabasas, CA 91302
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

Attorneys for Plaintiff/Judgement Creditor
Ray Southcote

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAY SOUTHCOTE,<br><br>        Plaintiff,<br><br>   vs.<br><br>PLATINUM MOTORS, a business entity of unknown form; MATT GUZMAN; EDDIE LATORRE; and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO.:8:10-cv-01889-JVS-(MLGx)<br><br>**RENEWAL OF JUDGEMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

Judgement having been entered on September 13, 2011 in the sum of $33,561.02 in favor of Plaintiff/Judgment Creditor RAY SOUTHCOTE and against Judgment Debtors, Platinum Motors, a business entity of unknown form, MATT GUZMAN, an individual, and EDDIE LATORRE, an individual, jointly and severally (hereinafter collectively "DEBTORS"), (:JUDGEMENT").

NOW, upon Application for Renewal of Judgment by RAY SOUTHCOTE and upon declaration showing that DEBTORS have failed to satisfy the total amount of said JUDGMENT and are indebted to RAY SOUTHCOTE,

1. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the money Judgment against DEBTORS is renewed in the amount of $33,844.78 as follows:

| | | |
|---|---|---|
| 1 | (a) Total JUDGMENT………………………………………………$33,561.02 | |
| 2 | (b) Costs after JUDGMENT:……………………………………….. $0.00 | |
| 3 | (c) Interest after JUDGMENT computed from | |
| 4 |     September 13, 2011 to April 30, 2020 at 0.10% | |
| 5 |     accruing at $0.09 per day……………………………………... $283.77 | |
| 6 | (d) Less credits after JUDGMENT…………………………………. ($0.00) | |
| 7 | (e) Total Renewed Judgment…………………………………….. $33,844.78 | |

DATED: May 8, 2020

*[signature]*

CLERK OF THE COURT

RENEWAL OF JUDGMENT BY CLERK

2